UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Magistrate Docket No. |
| Plaintiff, | ) |
| | ) '07 MJ 2347 |
| v. | ) COMPLAINT FOR VIOLATION OF: |
| **Maximino MALDONADO-Campos,** | ) Title 8, U.S.C., Section 1326 |
| | ) Deported Alien Found in the |
| | ) United States |
| Defendant | ) |

The undersigned complainant, being duly sworn, states:

On or about **September 27, 2007** within the Southern District of California, defendant, **Maximino MALDONADO-Campos,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Terri Dimolios
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **1st** DAY OF **OCTOBER, 2007**

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Maximino MALDONADO-Campos**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On September 27, 2007, Border Patrol Agent R. Schiller was patrolling near Barrett Junction, California. This area is approximately nine miles west of the Tecate, California Port of Entry and approximately five miles north of the United States/Mexico international boundary.

At approximately 4:40 PM Agent Schiller responded to a seismic intrusion device activation. Upon arriving in an area east of Little Tecate Truck Trail, Agent Schiller exited his vehicle and walked north on a trail commonly used by illegal aliens attempting to further their illegal entry north into the United States. As he was walking on the trail, Agent Schiller observed two individuals hiding in the brush. Agent Schiller identified himself as a United States Border Patrol Agent in the English and Spanish languages. Agent Schiller performed a field immigration interviews on both individuals. Both subjects, including one later identified as **Maximino MALDONADO-Campos** individually stated that they were citizens of Mexico, and did not possess any immigration documents allowing them to enter into or remain in the United States legally. Both individuals were arrested and transported to the State Route 94 Border Patrol Checkpoint.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **March 31, 2006** through **Nogales, Arizona**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his rights as per the Miranda Warning. The defendant understood his rights and was willing to be interviewed without representation. The defendant admits that he is a citizen and national of Mexico illegally present in the United States. The defendant admits that his destination was Los Angeles to seek employment.

**Executed on September 29, 2007 at 10:30 A.M.**

_____
Raul Castorena
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **September 27, 2007**, in violation of Title 8, United States Code, Section **1326**.

_____        9/29/2007 at 12:24 p.m.
Ruben B. Brooks                         Date/Time
United States Magistrate Judge