FILED

OCT 2 0 2007

CLERK US
SO
BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )    Criminal Case No. 07CR2937-JM
                                   )
                Plaintiff,         )    I N F O R M A T I O N
                                   )
        v.                         )    Title 8, U.S.C., Sec. 1325 -
                                   )    Illegal Entry (Felony);
MAXIMINO MALDONADO-CAMPOS,         )    Title 8, U.S.C., Sec. 1325 -
                                   )    Illegal Entry (Felony)
                Defendant.         )

The United States Attorney charges:

Count 1

On or about ___7/26/07___, within the Southern

District of California, defendant MAXIMINO MALDONADO-CAMPOS, being

an alien, unlawfully entered or attempted to enter the United

States at a time and place other than as designated by immigration

officers, and eluded examination and inspection by immigration

officers, and attempted to enter or obtained entry to the United

States by a willfully false or misleading representation or the

willful concealment of a material fact; and previously committed

the misdemeanor offense of illegal entry, as evidenced by his

conviction on March 15, 2004 for Illegal Entry, in violation of

Title 8, United States Code, Section 1325, in the United States

District Court for the Southern District of California; all in

violation of Title 8, United States Code, Section 1325, a felony.

RSK:psd:San Diego
10/3/07

<u>Count 2</u>

On or about September 27, 2007, within the Southern District of California, defendant MAXIMINO MALDONADO-CAMPOS, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on March 15, 2004 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the Southern District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED:    10/30/07    .

KAREN P. HEWITT
United States Attorney

REBECCA S. KANTER
Assistant U.S. Attorney